UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-5082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| AARON CATWAY, | ) | ALLEGED VIOLATIONS |
| | ) | OF PRETRIAL RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on pretrial release revocation in this case was scheduled before me on December 12, 2006. The United States was represented by AUSA Douglas Whalley and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been released on an appearance bond on or about November 1, 2006 by the Honorable James Donohue pending trial on charges of driving while license suspended in the 2nd degree, driving without liability insurance, no license plates, and operation of a motor vehicle without license registration. The trial is set for January 8, 2007. The conditions of pretrial release included the standard conditions, including the requirements that defendant comply with alcohol testing.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF PRETRIAL RELEASE
PAGE -1

In an application dated November 16, 2006 (Dkt 11), U.S. Pretrial Services Officer Erika L. Lugo alleged the following violations of the conditions of pretrial release:

1.  Violating the bond condition that he comply with alcohol testing, by failing to call the drug line telephone scheduling system as directed on November 14, 2006 and November 15, 2006.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his pretrial release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Donohue.

Pending a final determination by the Court, defendant has been detained.

DATED this 12th day of December, 2006.

                              Mary Alice Theiler
                              United States Magistrate Judge

cc:    Magistrate Judge:        Honorable James P. Donohue
        AUSA:                        Douglas Whalley
        Defendant's attorney:     Nancy Tenney
        Pretrial officer:            Erika L. Lugo